**2010–1102. State ex rel. Bilaver v. Indus. Comm.**
Franklin App. No. 09AP–723, 2010-Ohio-2224.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2007–0619. State ex rel. Angelo Benedetti, Inc. v. Indus. Comm.**
Franklin App. No. 06AP–165.

**2010–0217. State ex rel. Cincinnati Enquirer v. Ronan.**
Hamilton App. No. C–090155.

**2010–0505. State ex rel. Johnson v. Indus. Comm.**
Franklin App. No. 08AP–1006.

# CASE ANNOUNCEMENTS
## *July 7, 2010*

[Cite as *07/07/2010 Case Announcements*, 2010-Ohio-3144.]

## MOTION AND PROCEDURAL RULINGS

**2010–0576. State v. Mammone.**
Stark C.P. No. 2009CR0859. This cause is pending before the court as a death penalty appeal from Stark County Court of Common Pleas. Upon consideration of appellant's motion for extension of time to transmit the record,

It is ordered by the court that the motion is granted and the record is due 60 days from the date of this entry.

**2010–0653. Delaney v. Levin.**
Board of Tax Appeals, No. 2009–V–3139. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's request for extension of time to file appellees' brief and appellees' motion to strike appellant's brief, to dismiss the appeal for want of prosecution, and to stay briefing schedule,

It is ordered by the court that the motions are denied.

It is further ordered, sua sponte, that appellees' shall file their merit brief no later than July 22, 2010. The parties may still file a request for an extension or stipulate to an agreed extension of time as permitted by S.Ct. Prac. R. 14.3(B).

# CASE ANNOUNCEMENTS
## *July 8, 2010*

[Cite as *07/08/2010 Case Announcements*, 2010-Ohio-3171.]

## MOTION AND PROCEDURAL RULINGS

**2010–1157. State ex rel. Womack v. Marsh.**
Hamilton App. No. C–100287. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. 2.1(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Hamilton County, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 6.2 - 6.7.